**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben Rene Rojas,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Graham County Adult Detention Facility, et al.,<br><br>　　　　Defendants. | No. CV-19-00023-TUC-JGZ<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Objection to Order Setting Aside Entry of Default Under Federal Rule of Civil Procedure 60(b)(3). (Doc. 62.) The Court will construe Plaintiff's objection as a motion for relief under Rule 60(b)(3) and deny the motion.

　　　　On July 15, 2020, the Clerk of the Court entered default as to Defendants Gonzalez and Larson. Defendant Gonzalez subsequently moved to set aside the entry of default, and Plaintiff moved for default judgment. On August 18, 2020, the Court set aside the entry of default as to Gonzalez and denied Plaintiff's motion for default judgment.

　　　　Federal Rule of Civil Procedure 60(b)(3) provides that "the court may relieve a party or its legal representative from a final judgment, order, or proceeding for . . . fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party." Plaintiff has identified no fraud, misrepresentation, or misconduct by Defendants, rather Plaintiff reargues his motion for default judgment, which the Court has already addressed. Additionally, Plaintiff asserts that the Order setting aside entry of default was not dated or signed by the Court. Contrary to Plaintiff's assertion, the Order is dated and

signed by the Court. (Doc. 58.) Because Plaintiff has failed to show relief under Rule 60(b)(3) is appropriate, the Court will deny the motion.

Accordingly,

**IT IS ORDERED** that Plaintiffs Objection to Order Setting Aside Entry of Default Under Federal Rule of Civil Procedure 609(b)(3) (Doc. 62) is **DENIED**.

Dated this 27th day of August, 2020.

_____
Honorable Jennifer G. Zipps
United States District Judge