**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben Rene Rojas, | No. CV-19-00023-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Graham County Adult Detention Facility, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Default Judgment Against Defendant Larson. (Doc. 103.) The Court will set the motion for an evidentiary hearing.

"The general rule of law is that upon default the factual allegations of the complaint, **except those relating to the amount of damages**, will be taken as true." *Geddes v. United Fin. Grp.*, 559 F.2d 557, 560 (9th Cir. 1977) (emphasis added). "It is well settled that a default judgment for money may not be entered without hearing unless the amount claimed is a liquidated sum or capable of mathematical calculation." *Davis v. Fendler*, 650 F.2d 1154, 1161 (9th Cir. 1981).

Plaintiff's Second Amended Complaint seeks $100,000 in compensatory and punitive damages for pain and suffering. (Doc. 24, p. 8.) Plaintiff's affidavit in support of his motion for default judgment further provides that Plaintiff is seeking damages for bodily injuries and cruel and unusual punishment. (Doc. 103, p.4.) The damages sought are not for a liquidated sum or capable of mathematical calculation. Accordingly, the Court will set the motion for an evidentiary hearing on damages. Plaintiff may testify and present

witness testimony, documents or other evidence necessary to establish his damages. Prior to the hearing, Plaintiff shall file the documents he intends to use as evidence. Plaintiff may file medical documents by clearly designating on the face of the first page that the documents are to be "Filed Under Seal." If Plaintiff seeks to call a witness who will not voluntarily testify, he may request a subpoena from the Court prior to the hearing. *See* Fed. R. Civ. P. 45.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Default Judgment Against Defendant Larson (Doc. 103) is set for an Evidentiary Hearing on **Tuesday, June 15, 2021 at 3:15PM**. Plaintiff shall appear via Video Teleconference at the exact time of the hearing and be prepared to present evidence.

**IT IS FURTHER ORDERED** that Plaintiff shall file on or before **May 14, 2021** any request for a subpoena necessary to establish his damages.

**IT IS FURTHER ORDERED** that Plaintiff shall file on or before **June 8, 2021** any documentary evidence establishing his damages.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Status on Pending Motion for Default Judgment (Doc. 104) is **DENIED** as moot.

Dated this 21st day of April, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge